

FILED
CLERK, U.S. DISTRICT COURT

JAN 15 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    PLAINTIFF<br><br>v.<br><br>JASMINE MALLARD MCCARTER,<br><br>                    DEFENDANT(S) | CASE NUMBER<br><br>CR No.   2:25-CR-00026-MWF<br><br><br>**NOTICE TO COURT OF<br>RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 224 AS<br>AMENDED BY GENERAL ORDER 98-04) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>U.S. v. Lavinnciea Rose Nelson, 2:24-CR-692-MEMF</u>, which:

    __X__    was previously assigned to the Honorable Maame Ewusi-Mensah Frimpong.

    _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

    __X__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

    _____    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

    Additional explanation (if any):

Dated: January 15, 2025

                                                                    _____
                                                                    Andrew Brown
                                                                    Assistant United States Attorney